MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5061
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00617 RS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| RAMIN BIBIAN, | |
| Defendant. | SAN JOSE VENUE |

On November 13, 2012, the undersigned parties appeared before the Court for a status hearing.  Assistant United States Attorney Susan Knight informed the Court that the parties are working towards a resolution and requested that a change of plea hearing be scheduled for December 4, 2012.  David Kettel, who represents the defendant, requested an exclusion of time under the Speedy Trial Act from November 13, 2012 through December 4, 2012 in order to review discovery.  The government has provided voluminous discovery, including thousands of pages of bank records.  The parties agree and stipulate that an exclusion of time is appropriate

//

STIPULATION AND [~~PROPOSED~~] ORDER
NO. CR 12-00617 RS                        1

based on the defendant's need for effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:                              MELINDA HAAG
                                            United States Attorney

DATED: 11/13/12                             _____/s/_____
                                            SUSAN KNIGHT
                                            Assistant United States Attorney

DATED: 11/13/12                             _____/s/_____
                                            DAVID A. KETTEL
                                            Counsel for Ramin Bibian

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from November 13, 2012 through December 4, 2012.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 11/15/12                             _____
                                            RICHARD SEEBORG
                                            United States District Judge