KATTEN MUCHIN ROSENMAN LLP
David A. Kettel, SBN 125745
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
Email: david.kettel@kattenlaw.com

Attorneys for Defendant RAMIN BIBIAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RAMIN BIBIAN, Defendant. | CASE NO.: CR 12-00617-RS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING FROM APRIL 9, 2013 TO AUGUST 6, 2013 |

Defendant Ramin Bibian ("Bibian"), by and through his attorney of record David A. Kettel, and Plaintiff United States of America, by and through its attorney of record Assistant United States Attorney Susan Knight, hereby stipulate as follows:

1. The indictment in this case was returned on August 16, 2012.

2. On December 18, 2012, Bibian pleaded guilty to Count One of the indictment charging Bibian with Transfer of False Identification documents in violation of 18 U.S.C. §§ 1028(a)(2) and (b)(1)(A)(ii). (Dkt No. 18).

3. Sentencing is currently scheduled for April 9, 2013, after one continuance from March 19, 2013.

4. On February 21, 2013, counsel for Bibian learned that the U.S. Probation Officer assigned to this case, Sara Rizor Black, is going out on leave under the Family

Medical Leave Act (FMLA) for an extended period of time. In fact, Officer Black advised Bibian's counsel that she may not return from leave until as late as August 2013. Officer Black also advised Bibian's counsel that even if a new Probation Officer is assigned to this case, Bibian's sentencing will likely need to be continued to allow the new Probation Officer to get up to speed.

5. The government does not object to a continuance of the Sentencing Hearing from April 9, 2013 to August 6, 2013.

6. Bibian's counsel has confirmed with Courtroom Deputy Corinne Lew that August 6, 2013 is an available date for the sentencing of Bibian.

For the foregoing reasons, the parties hereby stipulate and request that the Court continue Bibian's sentencing in this matter from April 9, 2013 to August 6, 2013.

IT IS SO STIPULATED.

Dated: February 26, 2013        **KATTEN MUCHIN ROSENMAN LLP**

By: _____/s/_____
David A. Kettel
Attorneys for Defendant RAMIN BIBIAN

Dated: February 26, 2013        MELINDA HAAG
United States Attorney

By: _____/s/_____
Susan Knight
Assistant United States Attorney

### [PROPOSED] ORDER

For good cause shown, the Court HEREBY ORDERS that the sentencing of Ramin Bibian be continued from April 9, 2013 to August 6, 2013.

IT IS SO ORDERED.

Dated: 2/26/13

RICHARD SEEBORG
United States District Judge