1  STEVEN G. KALAR
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant BIBIAN

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,            )
11                                       )  No. CR 12-0617 RS
                    Plaintiff,           )
12                                       )  STIPULATION AND [PROPOSED]
             v.                          )  ORDER CONTINUING HEARING
13                                       )
   RAMIN BIBIAN,                         )
14                                       )  Honorable Richard Seeborg
                    Defendant.           )
15  _____ )

16

17

18

19

20

21

22

23

24

25

26

1  The next appearance in the above-captioned matter was previously set for Tuesday, September
2  17, 2013, at 2:30 p.m. for a status hearing.  However, undersigned counsel for Mr. Bibian, who was
3  just appointed to represent him today, will be of the district that week.  Accordingly, the parties
4  stipulate and jointly request that the hearing be continued one week to Tuesday, September 24, 2013,
5  at 2:30 p.m.
6  IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED:   9/6/13               _____/s/_____
                               SUSAN KNIGHT
                               Assistant United States Attorney


DATED:   9/6/13               _____/s/_____
                               DANIEL P. BLANK
                               Assistant Federal Public Defender
                               Attorney for Ramin Bibian


IT IS SO ORDERED.

DATED:  9/12/13               _____
                               RICHARD SEEBORG
                               United States District Judge

STIP. & PROP. ORDER                         1